BEFORE THE FIRST DIVISION, SEPTEMBER 9, 1955

**No. 59271.**—Schild Adelstein Co., Inc. *v.* United States, protest 865345–G (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of lambskin plates the same in all material respects as those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643), the claim for free entry under paragraph 1681 was sustained.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1643, *supra.*

**No. 59272.**—Pennsylvania Wool Company, Inc. *v.* United States, protests 231094–K, 231097–K, and 231818–K (Philadelphia).

Opinion by WILSON, J.   An examination of the papers not disclosing anything that would tend in any way to overcome the presumption of correctness attaching to the decision of the collector, the protests were overruled.

**No. 59273.**—Shasha Trading Co., Inc. *v.* United States, protest 242925–K (Philadelphia).

Opinion by WILSON, J.   An examination of the papers not disclosing anything that would tend in any way to overcome the presumption of correctness attaching to the decision of the collector, the protest was overruled.

**No. 59274.**—International Expediters, Inc. *v.* United States, protest 202249–K/ 3926 (Chicago).

Opinion by WILSON, J.   It appearing from the official papers that the protest was not filed within the statutory period, the protest was dismissed.